Entered on Docket
October 13, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: October 13, 2011

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge



DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
TELEPHONE (650) 345-7801
TELEPHONE (707) 544-5500

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

JOSE LUIS and TAMMY CLEOLIN GAITAN

Debtor(s)

Case No.: 11-1-1370AJ13

### ORDER CONFIRMING CHAPTER 13 PLAN

After a hearing on, October 12, 2011, and it appearing that the Chapter 13 Amended Plan in this case meets the requirements of § 1325(a) of the Bankruptcy Code,

**IT IS ORDERED** that the Amended Plan dated October 11, 2011 is confirmed.

**PROVIDED HOWEVER,** that notwithstanding anything to the contrary in said plan:

1. Any provision of the plan purporting to discharge a debt is not approved. No debt subject to exception to discharge pursuant to 11 U.S.C. § 523 shall be adjudicated to be discharged or not discharged except in an adversary proceeding;

2. No lien on real property shall be removed, avoided, stripped, limited, modified, valued, altered, compromised or extinguished, except by adversary proceeding pursuant to Rule 7001(2) of the Federal

Rules of Bankruptcy Procedure or contested matter pursuant to Rule 3012 of the Federal Rules of Bankruptcy Procedure; and

3. With the sole exception of the valuation of a claim secured by personal property, a proof of claim shall supersede any plan provision purporting to limit or disallow a claim.

**IT IS FURTHER ORDERED,** except insofar as inconsistent with anything above:

1) Franchise Tax Board shall be paid pursuant to their filed proof of claim in the priority claim amount of $145.08.

2) Plan payments shall be as follow: $368.80 for 5 months, then increasing to $472.35 for 55 months, for a total base of $27,823.00.

Concurred as to special provisions content

__/S/ MICHAEL C FALLON_____

MICHAEL C FALLON

Attorney for Debtor(s)

**\*\*END OF ORDER\*\***